**Electronically Filed
Supreme Court
SCWC-22-0000553
02-NOV-2023
08:11 AM
Dkt. 7 ODAC**

SCWC-22-0000553

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Defendant-Appellee,

vs.

SAIDO SHEIKH,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000553; CASE NO. 2DTA-22-00033)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., and
Circuit Judge Cataldo and Circuit Judge Malinao,
by reason of vacancies)

The application for writ of certiorari filed on September 25, 2023, by Petitioner/Defendant-Appellant Saido Sheikh is hereby rejected.

DATED:  Honolulu, Hawai'i, November 2, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo

/s/ Clarissa Y. Malinao

